IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jamison, Rashawn M

Printed: 7/1/08

Case Number: 07 B 09526
Judge: Hollis, Pamela S
Filed: 5/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 12, 2008
Confirmed: July 23, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,105.00 |  |
| Secured: |  | 16.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,018.23 |
| Administrative: |  | 10.72 |
| Trustee Fee: |  | 59.79 |
| Other Funds: |  | 0.00 |
| Totals: | 1,105.00 | 1,105.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,400.00 | 10.72 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Village of Riverdale | Secured | 195.00 | 16.26 |
| 4. | Litton Loan Servicing | Secured | 7,400.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 5,054.30 | 1,018.23 |
| 6. | Sprint Nextel | Unsecured | 51.64 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 47.59 | 0.00 |
| 8. | Mazda American Credit | Unsecured | 1,140.47 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 1.21 | 0.00 |
| 10. | Bud's Ambulance | Unsecured | 75.50 | 0.00 |
| 11. | Nicor Gas | Unsecured | 39.56 | 0.00 |
| 12. | Komyattee & Associates | Unsecured | 9.00 | 0.00 |
| 13. | Komyattee & Associates | Unsecured | 42.80 | 0.00 |
| 14. | Portfolio Recovery Associates | Unsecured | 21.04 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 46.25 | 0.00 |
| 16. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |
| 17. | ADT Security Systems | Unsecured |  | No Claim Filed |
| 18. | Ameritech | Unsecured |  | No Claim Filed |
| 19. | Capstone Med Ct | Unsecured |  | No Claim Filed |
| 20. | CBS Collections | Unsecured |  | No Claim Filed |
| 21. | CBSI | Unsecured |  | No Claim Filed |
| 22. | Comcast | Unsecured |  | No Claim Filed |
| 23. | Chex Systems Inc | Unsecured |  | No Claim Filed |
| 24. | First Sun | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jamison, Rashawn M | Case Number: 07 B 09526 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 7/1/08 | Filed: 5/25/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 27. | Marauder Corporation | Unsecured | | No Claim Filed |
| 28. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 29. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 30. | Prime Co | Unsecured | | No Claim Filed |
| 31. | Providian | Unsecured | | No Claim Filed |
| 32. | Receivables Performance | Unsecured | | No Claim Filed |
| 33. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 34. | Verizon Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,524.36 | $ 1,045.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 59.05 |
| 6.5% | 0.74 |
| | _____ |
| | $ 59.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

